CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 5 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **Theodora Lynn Jackson** | ) |
| Plaintiff, | ) |
| v. | ) |
| **Michael S. Bowlin** | ) |
| and | ) Civil Action No. 7:19CV00511 |
| **Martin Transport, Inc.** | ) |
| and | ) |
| **Eastman Chemical Company** | ) |
| and | ) |
| **John Doe** | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This day came the parties to this action, by counsel, and advised the Court that all matters in controversy existing between them have been compromised and settled; and accordingly, it is ORDERED that this case is dismissed with prejudice.

The Clerk is directed to provide attested copies of this Order to all counsel of record and dismiss this matter from the active docket of this Court.

ENTER this 5th day of September, 2019.

/s/ Conrad
Senior United States District Judge

We ask for this:

/s/ Charles C. Lacy, Sr.

Charles C. Lacy, Sr., Esquire
VSB # 18162
LACY, CAMPBELL AND MUNIQUE, P.C.
570 WEST MAIN STREET
P. O. BOX 120
WYTHEVILLE, VIRGINIA  24382
Telephone:  (276) 228-6677
Email:  ccls@lacycampbell.com

Counsel for Plaintiff


/s/ Ashley W. Winsky
VSB # 79224
GENTRY LOCKE
919 E. Main St., Suite 1130
P.O. Box 780
Richmond, VA 23218
Telephone:  (804) 297-3704
Email:  winsky@gentrylocke.com

Counsel for Defendants, Michael S. Bowlin and Martin Transport, Inc.